JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

RODOLFO JOSE DURAN MARTINEZ, et al,

Petitioner,

v.

MARKWAYNE MULLIN, et al,

Respondents.

No. 5:26-cv-03805-BFM

**JUDGMENT**

On July 20, 2026, the Court issued an order granting the petition and ordered Petitioner Rodolfo Jose Duran Martinez (A# 240-260-667) to be immediately released on appropriate conditions of supervision. (ECF 11 at 14.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 12.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Count Two. The Clerk of Court is directed to close this case.

DATED: JULY 22, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE